IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN THE MATTER OF:

RUTH JYNETTE FERREIRA VILLEGAS

DEBTOR(S)

CASE NUMBER: 08-07110 GAC

CHAPTER 13 ( ASSET CASE)

**DEBTOR'S MOTION UNDER SECTION 1329 OF THE BANKRUPTCY CODE**

**THE HONORABLE COURT:**

**COMES NOW,** Debtor (s) through the undersigned attorney and respectfully ALLEGES and PRAYS:

1. That debtor (s) filed and circulated a MODIFIED PLAN to all parties in interest.

2. That the modification is based in that the Debtor (s) wants to amend their plan in order to:

    **a. Include Lump Sum payment in the amount of $5,000.00 dollars.**

3. Debtor (s) amend plan call for sixteen (16) payments of $280.00, three (3) payments of $0.00, seventeen (17) payments of $280.00 and a Lump Sum payment in the amount of $5,000.00 for a total base of $19,000.00 dollars with a provision for the payment in full to Toyota Financial , the surrender of collateral to Coop A/C de Guaynabo and the payment of Insurance to Toyota Credit.

4. Debtor (s) are still is interested in continuing with the bankruptcy procedures and proof if the amendment of the plan in order to comply with the disbursement schedules. To pay Secured creditor Toyota Credit as per oral agreement.

**WHEREFORE,** Debtor (s) respectfully request from this Honorable Court to accept this motion and grant debtor (s) the opportunity to modify the confirmed plan according to 11 US 1329 and provide any other remedy it may deem appropriate.

**NOTICE**

"Parties in interest are notified the have twenty one (21) days to reject a proposed modification of a plan and request a hearing. If no opposition is filed within the prescribed period of time, the Court will enter and order granting the motion upon the filing of a certificated of service by the movant that adequate notice was given. Should and apposition be timely filed. The Court will schedule the motion for a hearing as a contested matter. Absent good cause, untimely rejections shall be denied".

In San Juan, Puerto Rico, this 27th, day of July, 2010.

**I HEREBY CERTIFY**: That I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Chapter 13 Trustee **Jose R. Carrion, Esq.**, US Trustee **Monsita Lecaroz Arribas** and to all those who in this case have registered for receipt of notice by electronic mail and I hereby certify that I have mailed by regular mail to all creditors listed on the attached Master Address List.

**RESPECTFULLY SUBMITTED.**

**/s/ Marilyn Valdes Ortega**
**MARILYN VALDES ORTEGA**
USDC PR 214711
P.O. Box 195596
San Juan, PR 00919-5596
Tel. (787) 758-4400
Fax. (787) 763-0144
E-mail valdeslaw@prtc.net

**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE:                                                       Case No. **08-07110 GAC**

**FEREIRA VILLEGAS, RUTH JYNETTE**        Chapter **13**
                         Debtor(s)

## AMENDED CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☐ directly ☒ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____        ☒ AMENDED PLAN DATED: July 27, 10
☐ PRE ☐ POST-CONFIRMATION             Filed by: ☒ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

| $ | 280.00 x | 16 = $ | 4,480.00 |
|---|---|---|---|
| $ | 0.00 x | 3 = $ | 0.00 |
| $ | 280.00 x | 17 = $ | 4,760.00 |
| $ | x | = $ | |
| $ | x | = $ | |

TOTAL: $       9,240.00

Additional Payments:
$ **5,000.00** to be paid as a LUMP SUM within **36 months** with proceeds to come from:

☐ Sale of Property identified as follows:

☒ Other:
**FROM ADVERSARY PROCEEDING**

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $     14,240.00

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee
Disclosure Statement: $     2,870.00

Additional Fees $350.00
Adjusted Balance $3,220.00

Signed: _____
        Debtor

        _____
        Joint Debtor

Attorney for Debtor **Marilyn Valdes Ortega Law Offices**        Phone: **(787) 758-4400**

AMENDED CHAPTER 13 PAYMENT PLAN

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR      $
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☒ Creditors having secured claims will retain their liens and shall be paid as follows:

1. ☐ Trustee pays secured ARREARS:
Cr.                Cr.               Cr.
#                #               #
$                $               $

2. ☒ Trustee pays IN FULL Secured Claims:
Cr. **TOYOTA FINANCIAL**    Cr.             Cr.
# **70404008327600001**      #             #
$    **6,000.00**      $          $

3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr.              Cr.              Cr.
#                #               #
$                $               $

4. ☒ Debtor SURRENDERS COLLATERAL to Lien Holder:
**COOP A/C DE GUAY**

5. ☐ Other:

6. ☐ Debtor otherwise maintains regular payments directly to:

C. PRIORITIES: The Trustee shall pay priorities in accordance with the law.
11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☒ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
                ☐ Paid 100% / ☐ Other:
Cr.                Cr.              Cr.
#                #              #
$                $              $

2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (Executory contracts, payment of interest to unsecureds, etc.)
**TRUSTEE TO PAY ATTORNEY'S FEES BEFORE ANY SECURED OR PRIORITY CREDITOR.**

**ADEQUATE PROTECTION PAYMENT TO TOYOTA CREDIT UNTIL CONFIRMATION $80.00 TO BE PAID BY TRUSTEE MONTHLY. TRUSTEE TO PAY ATTORNEY'S FEES BEFORE ANY SECURED OR PRIORITY CREDITOR.**

**AFTER CONFIRMATION EQUAL MONTHLY PAYMENT OF $ 252.00 TO TOYOTA CREDIT.**

**INSURANCE TO TOYOTA CREDIT THROUGH UNIVERSAL AT THE END OF SALES CONTRACT IN THE APROXIMATE AMOUNT OF $ 628.00. DISBURSEMENT TO UNIVERSAL INSURANCE TO BEGIN AT END OF THE SALES CONTRACT ON**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE: * CASE NO. 08-07110 GAC
RUTH JYNETTE FERREIRA VILLEGAS *
*
Debtor(s) * CHAPTER 13 (ASSET CASE)
*********************************

## NOTICE OF FILING AMENDED PLAN
TO ALL THE CREDITORS LISTED ON THE ATTACHED
MASTER ADDRESS LIST

NOTICE IS HEREBY GIVEN THAT DEBTOR (S) FILED THE
ATTACHED PLAN ON July 27th, 2010

Parties in interest are hereby granted twenty one (21) days from the date of notice to oppose the motion and request a hearing. If no opposition is filed within the prescribed period of time the Court will enter an order granting the motion upon the filing of a certificate by the movant that adequate notice was given. Should an opposition be timely filed, the Court will schedule the motion for a hearing as contested matter.

**MARILYN VALDES ORTEGA**
**USDC PR 214711**
**P.O. BOX 195596**
**SAN JUAN, PR 00919-5596**
**Tel. (787) 758-4400**
**Fax. (787) 763-0144**

In San Juan, Puerto Rico, this 27th, day of July, 2010.

**I HEREBY CERTIFY:** That I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Chapter 13 Trustee **Jose R. Carrion, Esq.**, US Trustee **Monsita Lecaroz Arribas** and to all those who in this case have registered for receipt of notice by electronic mail and I hereby certify that I have mailed by regular mail to all creditors listed on the attached Master Address List.

**RESPECTFULLY SUBMITTED.**

**/s/ Marilyn Valdes Ortega**
**MARILYN VALDES ORTEGA**
USDC PR 214711
P.O. Box 195596
San Juan, PR 00919-5596
Tel. (787) 758-4400
Fax. (787) 763-0144
E-mail valdeslaw@prtc.net

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0104-3<br>Case 08-07110-BKT13<br>District of Puerto Rico<br>Old San Juan<br>Fri May  7 15:43:19 AST 2010 | BANCO BILBAO VIZCAYA ARGENTARIA<br>P.O. BOX 364745<br>SAN JUAN, PR 00936-4745 | COOP A/C GUAYNABO<br>ARTURO GONZALEZ MARTIN ESQ<br>PO BOX 193377<br>SAN JUAN, PR 00919-3377 |
| EASTERN AMERICA INSURANCE COMPANY<br>PO BOX 9023862<br>SAN JUAN, PR 00902-3862 | US Bankruptcy Court District of P.R.<br>U.S. Post Office and Courthouse Building<br>300 Recinto Sur Street, Room 109<br>San Juan, PR 00901-1964 | BANCO BILBAO VIZCAYA<br>PO BOX 71113<br>SAN JUAN, PR 00936-8013 |
| BANCO POPULAR DE PR<br>PO BOX 366818<br>SAN JUAN PUERTO RICO 00936-6818 | BANCO POPULAR DE PUERTO RICO<br>P.O. BOX 70100<br>SAN JUAN, PR  00936-8100 | CITIFINANCIAL SERVICE OF PR, INC.<br>ONE CITIBANK DRIVE<br>SUITE 201<br>SAN JUAN, PR 00926-9600 |
| COOP A/C DE GUAYNABO<br>PO BOX 1299<br>GUAYNABO, PR  00970-1299 | DEPARTAMENTO DE HACIENDA<br>PO BOX 9024140<br>OFICINA 424 B<br>SAN JUAN, PR 00902-4140 | DEPARTAMENTO DEL TRABAJO<br>AVE. MUOZ RIVERA 505<br>HATO REY, PR 00918-3352 |
| EASTERN AMERICA INS. CO.<br>PO BOX 9023862<br>SAN JUAN, PR 00902-3862 | FEDERAL LITIGATION DEPT OF JUSTICE<br>PO BOX 9020192<br>SAN JUAN, PR  00902-0192 | GATSBY DISTRIBUTORS<br>PO BOX 6359<br>CAGUAS, PR 00726-6359 |
| HOME DEPOT CREDIT SERVICES<br>PROCESSING CENTER<br>DES MOINES, IA  50364-0500 | LVNV FUNDING LLC<br>PO BOX 10497<br>GREENVILLE, SC 29603-0497 | LVNV Funding LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| MONEY EXPRESS<br>BANKRUPTCY DIVISION<br>PO BOX 9146<br>SAN JUAN PR  00908-0146 | MONEY EXPRESS<br>PO BOX 11890<br>SAN JUAN, PR 00922-1890 | NATIONAL ENTERPRISE SYSTEMS<br>29125 SOLON ROAD<br>SOLON, OH  44139-3442 |
| NCO FINANCIAL SYSTEMS OF PR, INC.<br>PO BOX 192478<br>HATO REY, PR 00919-2478 | NCO PORTFOLIO<br>PO BOX 15391<br>WILMINGTON, DE 19850-5391 | SEARS<br>P.O. BOX 183114<br>COLUMBUS, OH  43218-3114 |
| TOYOTA FINANCIAL SERVICES<br>PO BOX 366251<br>SAN JUAN, PR 00936-6251 | TRIPLE-S PROPIEDAD<br>PO BOX 9023862<br>SAN JUAN, PR 00902-3862 | Toyota Credit de Puerto Rico Corporation<br>P.O. Box 366251<br>San Juan, Puerto Rico 00936-6251 |
| JOSE RAMON CARRION MORALES<br>PO BOX 9023884<br>SAN JUAN, PR 00902-3884 | MARILYN VALDES ORTEGA<br>VALDES-ORTEGA<br>P O BOX 195596<br>SAN JUAN, PR 00919-5596 | MONSITA LECAROZ ARRIBAS<br>OFFICE OF THE US TRUSTEE (UST)<br>OCHOA BUILDING<br>500 TANCA STREET  SUITE 301<br>SAN JUAN, PR 00901-1938 |

```
RUTH JYNETTE FERREIRA VILLEGAS
RR 6 BOX 9970
SAN JUAN, PR 00926-9459
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)BBVA-P.O. BOX 364745, SAN JUAN, P.R. 0093 | (u)FERREIRA VILLEGAS, RUTH JYNETTE<br>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 | End of Label Matrix<br>Mailable recipients 30<br>Bypassed recipients 2<br>Total 32 |